JS-6

STEPTOE & JOHNSON LLP
William A. Finkelstein (No. 213382)
2121 Avenue of the Stars
Suite 2800
Los Angeles , CA 90067
Telephone:  (310) 734-3266
Facsimile:   (310) 734-3166

PATTISHALL, MCAULIFFE, NEWBURY,
 HILLIARD & GERALDSON LLP
Jonathan S. Jennings (pro hac vice)
J. Michael Monahan, II (pro hac vice)
David C. Hilliard (pro hac vice)
311 South Wacker Drive, Suite 5000
Chicago, IL  60606
Telephone:  (312) 554-8000

Attorneys for Plaintiffs,
PepsiCo, Inc., New Century Beverage Company, The Concentrate Manufacturing Company of Ireland, also trading as Seven-Up International

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PEPSICO, INC., a North Carolina corporation, NEW CENTURY BEVERAGE COMPANY, a California Corporation, and THE CONCENTRATE MANUFACTURING COMPANY OF IRELAND, also trading as SEVEN-UP INTERNATIONAL, a corporation of the Republic of Ireland,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>IRIE MOTIVATIONS, INC. d/b/a SAFE WORLD, a California corporation, WON TAK KONG, an individual, EAGLE EYE PRODUCTS, INC., a California corporation, and SHELDON A. LENTER, an individual,<br><br>　　　　　Defendants. | Case No. CV08-2242 RSWL (CTx)<br><br>**[PROPOSED] ORDER RE: ENTRY OF FINAL JUDGMENT** |

BASED ON THE STIPULATION BETWEEN THE PARTIES,

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that:

1. This Court has personal jurisdiction over the parties, including Eagle Eye Products, Inc. and Sheldon A. Lenter, as well as subject matter jurisdiction over this action;

2. Eagle Eye Products, Inc. and Sheldon A. Lenter, their officers, agents, servants, employees, and attorneys, their successors and assigns and all others in active concert or participation with them, are permanently enjoined and restrained from:

 a) manufacturing, advertising, promoting, distributing or selling products composed of bottle safes, can safes, canister safes, stash bottles, stash cans or any other concealment or diversionary devices bearing the trademarks, PEPSI, DIET PEPSI, MOUNTAIN DEW, SIERRA MIST, AQUAFINA, on their own, or with designs or other variations, including the federally registered trademarks listed in Exhibit "A" (the "PEPSICO marks"), MUG on its own, or with designs or other variations, including the federally registered trademarks listed in Exhibit "B" (the "MUG marks"), MANZANITA SOL, on its own, or with designs or other variations, including the federally registered trademarks listed in Exhibit "C" (the "MANZANITA SOL marks"), and FRITO-LAY, DORITOS, CHEETOS, FRITOS, DANGEROUSLY CHEESY, CHESTER CHEETAH, SCOOPS and NACHO CHEESIER, on their own, or with designs or other variations, including the federally registered trademarks listed in Exhibit "D" (the "FRITO-LAY marks"; the PEPSICO marks, MUG marks, MANZANITA SOL marks and FRITO-LAY marks, collectively, the "Plaintiffs' Marks");

 b) using the Plaintiffs' Marks, any colorable imitations thereof, or any other marks that are likely to cause confusion with Plaintiffs' business or the Plaintiffs' Marks or other trademarks owned by Plaintiffs in

connection with the manufacture, sale, distribution, advertising or promotion of any unauthorized products or services;

      c)    committing acts resulting in unfair competition with Plaintiffs;

      d)    diluting the distinctiveness of the famous PEPSI Marks, and any other of Plaintiffs' famous trademarks; and

      e)    tarnishing Plaintiffs' business reputations, the Plaintiffs' Marks, or the Plaintiffs products;

3. Sheldon A. Lenter shall act as an agent for service of any subpoena for trial or deposition testimony regarding his or Eagle Eye Products, Inc.'s knowledge of other manufacturers, distributors or sellers of Infringing Safes in any other action, and said subpoena shall be accepted for service at 8136 Deering Avenue, Canoga Park, California 91304.  Eagle Eye Products, Inc. and/or Sheldon A. Lenter shall immediately inform in writing Plaintiffs, care of Jonathan S. Jennings at Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP, Suite 5000, 311 South Wacker Drive, Chicago, Illinois 60606, if its address for this service changes and of the new address for such service; and

4. This Court shall retain jurisdiction for 180 days over this action for purposes of construing and ensuring compliance with this Final Judgment.

Dated:  May 26, 2009        _____    / S /

                                    Honorable Ronald S.W. Lew
                                    Senior, U.S. District Court Judge