# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-2242 RSWL (MRWx) | Date | September 23, 2015 |
|---|---|---|---|
| Title | Pepsico v. Irie Motivations | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff / Petitioner: | | Attorneys Present for Defendant / Respondent: |
| None present | | None present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: SANCTIONS

    Plaintiff Pepsico applied for an order to conduct a judgment debtor examination in this civil action. (Docket # 68.) The Court granted the application and set the matter for a hearing on September 15. (Docket # 70.) However, Plaintiff's attorney did not appear at the hearing. Further, in advance of the hearing, Plaintiff's lawyer neither filed a proof of service of the order on the judgment debtor nor requested a postponement of the hearing.

    IT IS THEREFORE ORDERED that attorney Mark Rosenbaum will show cause why sanctions should not be personally imposed in this matter. Attorney Rosenbaum may discharge this OSC by submitting a declaration (not to exceed 3 pages) within one week regarding the failure to attend the hearing. Additionally, Plaintiff will promptly inform the Court whether it intends to reapply for a further examination of the judgment debtor.